IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN J. CRAWFORD INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 21-2232 |
| HAWK MANAGEMENT, L.P., *et al.* | : : : | |
| Hawk Parties. | : | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule of Civil Procedure 41.1(b), it is hereby stipulated by and among the parties through their undersigned counsel, that the above-captioned action be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| /s/ Ian M. Bryson | /s/ Jonathan F. Bloom |
| Ian M. Bryson, Esquire<br>DEREK SMITH LAW GROUP, PLLC<br>1835 Market Street, Suite 2950<br>Philadelphia, PA  19103 | Jonathan F. Bloom, Esquire<br>Joseph W. Catuzzi, Esquire<br>STRADLEY, RONON, STEVENS & YOUNG, LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

APPROVED BY THE COURT:

_____
**The Honorable Michael M. Baylson**          Dated: _____, 2021

5060961v.4