IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN J. CRAWFORD INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED<br><br>    Plaintiff,<br><br>    v.<br><br>HAWK MANAGEMENT, L.P., *et al*.<br><br>    Hawk Parties. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 21-2232 |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule of Civil Procedure 41.1(b), it is hereby stipulated by and among the parties through their undersigned counsel, that the above-captioned action be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

/s/ Ian M. Bryson
Ian M. Bryson, Esquire
DEREK SMITH LAW GROUP, PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103

*Attorneys for Plaintiff*

/s/ Jonathan F. Bloom
Jonathan F. Bloom, Esquire
Joseph W. Catuzzi, Esquire
STRADLEY, RONON, STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA 19103

*Attorneys for Defendants*

APPROVED BY THE COURT:

/s/ Michael M. Baylson
**The Honorable Michael M. Baylson**

Dated: __Aug 10__, 2021